## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDEQUA, LLC<br><br>    Plaintiff,<br><br>- vs. –<br><br>O'NEILL & PARTNERS LLC,<br><br>    Defendant. | CIVIL ACTION NO. 1:21-cv-06135 (AKH)<br><br><br><br>**ORDER** |

**ORDER GRANTING MOTION TO DEPOSIT SUM OF MONEY WITH THE COURT**

Defendant O'Neill & Partners LLC, having filed a Motion to Deposit Sum of Money with the Court pursuant to 28 U.S.C. § 1335, Fed. R. Civ. P. 22(a)(2), and Fed. R. Civ. P. 67 seeking to deposit the sum of $5,071,541.00 with the Court, and the Court having considered the motion,

IT IS ORDERED, that the Clerk of the Court accepts and deposits the sum of $5,071,541.00 into the Disputed Ownership Fund ("DOF") in the Court Registry Investment System ("C.R.I.S.") pending further order of this Court.

SO ORDERED.

Dated:  August 13, 2021
        New York, New York

/s/ Hon. Alvin K. Hellerstein
United States District Judge