UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
MEDEQUA LLC,                                                 :
                                                             :   **ORDER**
                                  Plaintiff,                 :
          -against-                                          :   21 Civ. 6135 (AKH)
                                                             :
O'NEILL & PARTNERS LLC,                                      :
                                                             :
                                  Defendant.                 :
                                                             :
                                                             :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Pursuant to my order dated August 17, 2021 (ECF 33) and my order dated August 25, 2021 (ECF 36), Defendant O'Neill & Partners LLC shall interpleader the full amount of the Escrow Funds—$5,100,000.00—forthwith.

        If the full amount of the Escrow Funds has not been deposited into the Disputed Ownership Fund ("DOF") in the Court Registry Investment System ("C.R.I.S.") by 12:00 p.m. on September 20, 2021, I will issue an order holding Defendant in contempt of court. 18 U.S.C. § 401 authorizes me to punish disobedience of an order by fine, imprisonment, or both.

        SO ORDERED.

Dated:    September 15, 2021
               New York, New York                            ALVIN K. HELLERSTEIN
                                                                  United States District Judge