# LAW OFFICE OF ANDREW D. BERESIN

### ATTORNEY AT LAW

210 OAKRIDGE COMMONS – P.O. BOX 820, SOUTH SALEM, NEW YORK 10590
PHONE/FAX: (914) 533-7054

**ANDREW BERESIN**
BERESINLAW@OPTIMUM.NET

September 22, 2021

ADMITTED IN NY

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Court
500 Pearl Street – Room 1050
New York, NY 10007

Re: ***Medequa LLC v. O'Neill & Partners LLC***
**Case No. 1:21-cv-06135-AKH**

Dear Judge Hellerstein:

The undersigned represents Defendant O'Neill & Partners in the above-referenced matter, and is in receipt of Plaintiff's letter to the Court of Monday afternoon.

In view of the current interpleader deposit process which has begun, with Treasury having received funds today, Defendant respectfully submits that Plaintiff's requests made in the above-referenced letter are both moot, and also premature with regard to the discovery requests made in paragraph 2 (ii) of the letter, as such requests should be subject to the normal process of discovery once the litigation proceeds to that phase.

Respectfully submitted,

/s/ *Andrew D. Beresin*
Andrew D. Beresin, Esq.

*Attorney for Defendant*

Cc: Joseph E. Czerniawksi