UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
MEDEQUA LLC,                                                 :
                                                             :
                          Plaintiff,                         :     ORDER REGULATING
                                                             :     PROCEEDINGS
              v.                                             :
                                                             :     21 Civ. 6135 (AKH)
                                                             :
O'NEILL & PARTNERS LLC,                                      :
                                                             :
                          Defendant.                         :
                                                             :
                                                             :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        In my order dated September 23, 2021 I held Defendant and its managing partner, Brian O'Neill, in contempt of court for failure to comply with my court orders (ECF 43). I directed the U.S. Marshal to arrest Brian O'Neill and hold him in custody until he purges himself of the contempt. On September 28, 2021, Mr. O'Neill surrendered himself into custody.

        On September 28, 2021, counsel for Defendant, via email, requested that I consider approving a process by which Mr. O'Neill would be released so that he can continue to complete the interpleader deposit. Plaintiff opposed Defendant's request.

        Defendant's request for relief is denied, without prejudice. Defendant has leave to file a motion seeking such relief, provided Defendant submits (1) documentary proof of the status of the remaining escrow funds, including when and where the funds were deposited, and (2) a proposal for a process by which Mr. O'Neill completes the interpleader of the Escrow Funds.

Plaintiff requested, also via email dated September 28, 2021, that I order T.D. Bank to produce all records of the Escrow Funds since the date of deposit, August 13, 2020, by producing account records for the Defendant. Plaintiff's request is denied.

SO ORDERED.

Dated:   September 28, 2021              /s/ Alvin K. Hellerstein
         New York, New York            ALVIN K. HELLERSTEIN
                                    United States District Judge