```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
MEDEQUA LLC,                                                   :
                                                               :
                                                               :     FURLOUGH ORDER
                              Plaintiff,                       :
         -against-                                             :     21 Civ. 6135 (AKH)
                                                               :
O'NEILL & PARTNERS LLC,                                        :
                                                               :
                              Defendant.                       :
                                                               :
                                                               :
                                                               :
-------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Whereas, in my order dated September 23, 2021 I held Defendant and its managing partner, Brian O'Neill, in contempt of court for failure to comply with my court orders directing him to interpleader $5.1 million, the full amount of the Escrow Funds, and directed the U.S. Marshal to arrest O'Neill and hold him in custody until he purges himself of the contempt (ECF 43); and

    Whereas, in my order dated October 6, 2021 I again directed the U.S. Marshal to arrest Brian O'Neill and hold him in custody (ECF 48); and

    Whereas, O'Neill was taken into custody on October 7, 2021, where he remains as of this date; and

    Whereas, O'Neill has declared under penalty of perjury that in order for him to complete a wire transfer interpleading the Escrow Funds, he must remain available all day to complete "voice print" verification and multifactor security validation steps, which he cannot do while in custody (ECF 50-2);

It is hereby ordered that Brian O'Neill shall be released from custody at 9:00 a.m. on Tuesday, October 12, 2021 and will return to custody by 10:00 a.m. on Thursday, October 14, 2021, unless he completes the deposit of the full amount of the escrow funds as described in my previous orders (ECF 33, 36, 38).

SO ORDERED.

Dated:  October 11, 2021
        New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge