# LAW OFFICE OF ANDREW D. BERESIN

ATTORNEY AT LAW

210 OAKRIDGE COMMONS – P.O. BOX 820, SOUTH SALEM, NEW YORK 10590

PHONE/FAX: (914) 533-7054

**ANDREW BERESIN**
BERESINLAW@OPTIMUM.NET

November 22, 2021

ADMITTED IN NY

> The request is granted. So ordered.
> /s/ Alvin K. Hellerstein
> November 22, 2021

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Court
500 Pearl Street – Room 1050
New York, NY 10007

Re: *Medequa LLC v. O'Neill & Partners LLC*
Case No. 1:21-cv-06135-AKH

**Joint Request for Extension of Time re: Motion for Summary Judgment**

Dear Judge Hellerstein:

Pursuant to Rule 1. D. of this Court's Individual Rules, the parties to the above-referenced matter hereby jointly request that the time for Defendant to oppose Plaintiff's summary judgment motion (Dkt. #60) be extended to December 3, 2021, with any Reply by Plaintiff due on December 20, 2021.

Defendant's opposition was originally to be due on November 26, 2021, with Plaintiff's Reply due by December 3, 2021, and no previous requests for extension have been submitted.

Respectfully,

| | |
|---|---|
| */s/ Joseph E. Czerniawski* | */s/ Andrew D. Beresin* |
| Joseph E. Czerniawski | Andrew D. Beresin |
| | |
| **CONDON & FORSYTH LLP** | *Attorney for Defendant* |
| 7 Times Square | |
| New York, NY 10036 | |
| (212) 894-6824 | |
| jczerniawski@condonlaw.com | |

*Attorneys for Defendant*