**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MEDEQUA LLC,

                Plaintiff,

   -against-                                       21 **CIVIL** 6135 (AKH)

                                                      **JUDGMENT**

O'NEILL & PARTNERS LLC,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated August 10, 2022, Plaintiff's motion is granted as to Count One claim for breach of contract. Judgment is entered for the Plaintiff in the amount of $5,100,000, plus interest from the date of judgment, and tax costs. The funds on deposit in the Disputed Ownership Fund of the C.R.I.S. will remain on deposit pending resolution of the motion to intervene and further proceedings, as necessary.

**Dated:**  New York, New York

       August 11, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                         **BY:**       *K. Mango*
                                                        **Deputy Clerk**