UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                     :

MEDEQUA LLC,                              :

                                     :     **ORDER**

                           Plaintiff, :

               -against-             :     21 Civ. 6135 (AKH)

                                       :

O'NEILL & PARTNERS LLC,             :

                                       :

                           Defendant, :

                                       :

                   -and-                 :

                                       :

TECH 4 GOOD PTY LTD,                 :

                                       :

                      Intervenor Plaintiff, :

                                       :

                   -and-                 :

                                       :

D&O TRADECO, INC.,                  :

                                       :

                       Intervenor Plaintiff. :

                                       :

---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

         On August 12, 2022, I held telephonic status conference with the parties. The

parties shall jointly submit a proposed case management plan, consistent with my Individual

Rules, that includes the following deadlines:

- Close of document discovery: Oct 30, 2022;
- Completion of depositions: December 30, 2022;
- Close of post-deposition discovery: January 21, 2023;
- Close of all fact discovery: March 30, 2023;
- Post-discovery conference with all parties in attendance: April 12, 2023
- Status conference with the Court: April 21, 2023 at 10:00 a.m.

2

Additionally, Plaintiff Medequa shall file any motion to amend the portion of judgment (ECF Nos. 105, 106) related to interest by August 19, 2022.  Any opposition is due by August 29, 2022.  No extensions will be granted.


SO ORDERED.

Dated:        August 12, 2022                             _/s/ Alvin K. Hellerstein_____
                  New York, New York                     ALVIN K. HELLERSTEIN
                                                     United States District Judge