UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MEDEQUA LLC,

                      Plaintiff,

    -against-                                                21 **CIVIL** 6135 (AKH)

                                                              **AMENDED JUDGMENT**

O'NEILL & PARTNERS LLC,

                      Defendant.
    -and-

TECH 4 GOOD PTY LTD.,

                      Intervenor Plaintiff,

    -and-

D&O TRADECO, INC.,

                      Intervenor Plaintiff.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated August 30, 2022, Plaintiff's motion is granted as to Count One claim for breach of contract. Judgment is entered for the Plaintiff in the amount of $5,100,000, plus interest from November 23, 2020, to the date judgment at the rate of 9% per year, in the amount of $787,216.44, and tax costs. The funds on deposit in the Disputed Ownership Fund of the C.R.I.S. will remain on deposit pending resolution of the motion to intervene and further proceedings, as necessary.

**Dated:**  New York, New York

      August 30, 2022

                                                           **RUBY J. KRAJICK**

                                                           _____
                                                           **Clerk of Court**
                                   **BY:**   K. mango
                                                           _____
                                                           **Deputy Clerk**