# **EXHIBIT 6**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDEQUA, LLC<br><br>Plaintiff,<br><br>- vs. –<br><br>O'NEILL & PARTNERS LLC,<br><br>Defendant. | CIVIL ACTION NO. 1:21-cv-06135 (AKH)<br><br>**DECLARATION OF BRIAN O'NEILL** |

I, Brian O'Neill, declare pursuant to 28 U.S.C. § 1746 the following to be true and correct under penalties of perjury:

1. As of today, I still have control of the $1.8 million of the subject escrow funds (the "Escrow Funds") remaining to be deposited pursuant to the interpleader ordered by this Court.

2. However, throughout the course of my serving as escrow agent for the subject transaction during 2020 and 2021, as well as during the more recent period in which the subject action has been pending, representations have been made to me on multiple occasions, by persons or parties whom I have made reference to in my discussions with the Federal Bureau of Investigation, regarding the ability of third parties to access the Escrow Funds against my will.

3. These representations caused me to take preventative measures to better safeguard the funds, which preventative measures now make ready access to the remaining $1.8 million of the Escrow Funds more difficult, requiring

additional time in order be able to initiate a new wire transfer for interpleader deposit of the $1.8 million remaining Escrow Funds.

4. In light of these conditions at the present time, I expect to be able to provide a "snapshot" of remaining $1.8 million balance of the Escrow Funds and begin initiating additional wire transfers for interpleader deposit during the next three (3) business days.

5. Since the time that I received the Escrow Funds in August 2020, there has not been any increase or addition to the Escrow Funds.

Dated: September 23, 2021

*DocuSigned by:*
*Brian O'neill*
—533523DFA70947F...
Brian O'Neill

2