```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MEDEQUA LLC,                                                 :
                                                             :   ORDER
                              Plaintiff,                     :
        -against-                                            :   21 Civ. 6135 (AKH)
                                                             :
O'NEILL & PARTNERS LLC,                                      :
                                                             :
                              Defendant.                     :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The telephonic conference scheduled for April 21, 2023, is adjourned to April 28, 2023, at 10:00 a.m.. The Conference will be held via the following call-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

      Finally, no later than April 25, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:    April 18, 2023                         /s/ Alvin K. Hellerstein
            New York, New York             ALVIN K. HELLERSTEIN
                                                 United States District Judge