UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
MEDEQUA LLC, :
: **SCHEDULING ORDER**
Plaintiff, :
-against- : 21 Civ. 6135 (AKH)
:
O'NEILL & PARTNERS LLC, :
:
Defendant, :
-and- :
:
TECH 4 GOOD PTY LTD, : :
:
Intervenor Plaintiff, :
-and- :
:
D&O TRADE CO, Inc. :
:
Intervenor Defendant. :
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The oral argument scheduled for March 27, 2024 is adjourned until April 9, 2024 at 11 a.m.  The parties shall send a joint list of appearances to the chambers email (hellersteinnysdchambers@nysd.uscourts.gov) by 12 p.m. on April 7, 2024.

       SO ORDERED.

Dated:    March 25, 2024
            New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

1