**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

MEDEQUA LLC,                                    NOTICE OF
                                                SETTLEMENT OF
                Plaintiff,        ORDER

     -against-

O'NEILL & PARTNERS LLC

                Defendant.
-----------------------------------------------------------x
-----------------------------------------------------------x

TECH 4 GOOD PTY LTD,

                Plaintiff-Intervenor,

     -against-

O'NEILL & PARTNERS LLC, MEDEQUA LLC,
& D&O TRADECO INC.,

                Defendants-Intervenors.
-----------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the attached proposed Order will be presented to

the Clerk of the Court of the United States District Court, Southern District of New York,

located at 500 Pearl Street, New York, NY 10007, for submission to the Hon. Alvin K.

Hellerstein on April 23, 2024.

      Dated: April 19, 2024

                               **PAULOSE & ASSOCIATES PLLC**
                               499 New Rochelle Road
                               Bronxville, NY 10708
                               Direct 914 840 4175
                               mpaulose@paulosepllc.com

By:_____

MATHEW PAULOSE JR., ESQ.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

MEDEQUA LLC,                                              **ORDER**

                          Plaintiff,
                                                         21CV06135
          -against-

O'NEILL & PARTNERS LLC

                          Defendant.
-----------------------------------------------------------x
-----------------------------------------------------------x

TECH 4 GOOD PTY LTD,

                          Plaintiff-Intervenor,

          -against-

O'NEILL & PARTNERS LLC, MEDEQUA LLC,
& D&O TRADECO INC.,

                          Defendants-Intervenors.
-----------------------------------------------------------x

**ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT COURT JUDGE:**

          **WHEREAS**, on or about September 22, 2021, pursuant to Court order, O'Neill &

Partners LLC ("O'Neil") deposited the sum of $3,300,000 in the Registry of the Clerk of

the Court;

          **WHEREAS**, in June 2023, Medequa LLC ("Medequa"), D&O TradeCo Inc.

("D&O"), and Tech 4 Good Pty Ltd ("Tech4Good") filed competing motions for release

of the funds, with D&O conceding any right to the funds to Tech4Good;

          **WHEREAS**, Tech4Good additionally moved for judgment on its claims against

O'Neill asserting damages in the amount of $3,400,000;

8

WHEREAS, on April 9, 2024, the Court held a hearing on the motions and, at the conclusion of the hearing, a recess was granted;

WHEREAS, on April 15, 2024, the Court was informed that a settlement agreement had been reached concerning the release of the funds;

**IT IS HEREBY ORDERED**:

1.       The Clerk of the Court is directed to issue a judgment in favor of Tech4Good as against O'Neill for $3,400,000, plus interest at 9% from August 22, 2021, on Tech4Good's claims against O'Neill.

2.       After the Judgment is issued in favor of Tech4Good as set forth in paragraph 1, the Clerk of the Court is directed to release and disburse the $3,300,000 in accordance with 28 USC 2042, as follows:

      a.       $1,980,000 to counsel for Medequa pursuant to the following wire information:

**\*Condon & Forsyth LLP FEIN:** ████ **2489**

**Payments Via ACH/DOMESTIC WIRE:**

Bank Name: Citibank, N.A.
Bank Holder: Condon & Forsyth, LLP IOLA Account
Account: ████ 6932
ABA/Routing Number: ████ 0089

      b.       $1,320,000 to counsel for Tech4Good pursuant to the following wire information:

**Paulose & Associates PLLC, FEIN:** ████ **6118**
Bank Name: Citibank NA
Beneficiary Name & Address: **Paulose & Associates PLLC**, 499 New Rochelle Rd., Bronxville, NY 10708
**Beneficiary Account Number:** ████ **8276**

9

**Routing Transit Number:** ████0089

        c.       Any accrued interest on the total principal amount of the interpleaded amount, shall be distributed to Medequa and Tech4Good in the following proportions: 60% to Medequa and 40% to Tech4Good, less any fee due to the Clerk of the Court.

        3.       Upon the entry of the judgment in Tech4Good's favor against O'Neill and the release and disbursement of the funds set forth in 2, this action in its entirety shall be dismissed with prejudice, without costs and fees to any party, and the Clerk of the Court shall close this action.

        **SO ORDERED**

_Alvin K. Hellerstein_
_____

    April 22, 2024