**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MEDEQUA LLC,

      Plaintiffs,

 -against-               21 **CIVIL** 6135 (AKH)

                    **JUDGMENT**

O'NEILL & PARTNERS LLC,

      Defendants.
-----------------------------------------------------------------X
TECH 4 GOOD PTY LTD,

      Plaintiff-Intervenor,

 -against-

O'NEILL & PARTNERS LLC, MEDEQUA LLC,

& D&O TRADECO INC.,

      Defendants-Intervenors.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 22, 2024, judgment is hereby entered in favor of Tech4Good as against O'Neill for $3,400,000, plus interest at 9% from August 22, 2021, to April 22, 2024 in the amount of $816,558.90 on Tech4Goods claims against O'Neill.

**Dated:**  New York, New York
    April 25, 2024

                       **RUBY J. KRAJICK**

                       _____

                       **Clerk of Court**

            **BY:**

                       _____
                       **Deputy Clerk**