**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

MEDEQUA LLC,                                                              **AMENDED ORDER**

                Plaintiff,

                                                                                   21CV06135

    -against-

O'NEILL & PARTNERS LLC

                Defendant.
-----------------------------------------------------------x
-----------------------------------------------------------x

TECH 4 GOOD PTY LTD,

                Plaintiff-Intervenor,

    -against-

O'NEILL & PARTNERS LLC, MEDEQUA LLC,
& D&O TRADECO INC.,

                Defendants-Intervenors.
-----------------------------------------------------------x

**ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT COURT JUDGE:**

        **WHEREAS**, on or about September 22, 2021, pursuant to Court order, O'Neill & Partners LLC ("O'Neil") deposited the sum of $3,300,000 in the Disputed Ownership Fund of the Court Registry Investment System;

        **WHEREAS**, in June 2023, Medequa LLC ("Medequa"), D&O TradeCo Inc. ("D&O"), and Tech 4 Good Pty Ltd ("Tech4Good") filed competing motions for release of the funds, with D&O conceding any right to the funds to Tech4Good;

**WHEREAS**, Tech4Good additionally moved for judgment on its claims against O'Neill asserting damages in the amount of $3,400,000;

**WHEREAS**, on April 9, 2024, the Court held a hearing on the motions and, at the conclusion of the hearing, a recess was granted;

**WHEREAS**, on April 15, 2024, the Court was informed that a settlement agreement had been reached concerning the release of the funds;

**IT IS HEREBY ORDERED**:

1. The Clerk of the Court is directed to issue a judgment in favor of Tech4Good as against O'Neill for $3,400,000, plus interest at 9% from August 22, 2021, on Tech4Good's claims against O'Neill;

2. After the judgment is issued in favor of Tech4Good as set forth in paragraph 1, the Clerk of the Court shall withdraw and deduct from the investment of the funds the authorized fee from the earned income, as authorized by the Judicial Conference and set by the Director of the Administrative Office;

3. The remaining funds on deposit in the Disputed Ownership Fund in the Court Registry Investment System shall be disbursed by the Clerk of the Court as follows:

    a. $1,980,000 to counsel for Medequa pursuant to the following ACH information:

***Condon & Forsyth LLP FEIN:** ▇▇▇▇2489

**Payments Via ACH/DOMESTIC WIRE:**

Bank Name: Citibank, N.A.
Bank Holder: Condon & Forsyth, LLP IOLA Account
Account: ▇▇▇▇6932
ABA/Routing Number: ▇▇▇▇0089

      b.      $1,320,000 to counsel for Tech4Good pursuant to the following wire information:

> **Paulose & Associates PLLC, FEIN:** ▇▇▇▇6118
> Bank Name: Citibank NA
> Beneficiary Name & Address: **Paulose & Associates PLLC**, 499 New Rochelle Rd., Bronxville, NY 10708
> **Beneficiary Account Number:** ▇▇▇▇8276
> **Routing Transit Number:** ▇▇▇▇0089

      c.      Any remaining amount of the interpleaded amount including any remaining interest shall be distributed to Medequa and Tech4Good in the following proportions: 60% to Medequa and 40% to Tech4Good;

4.      Upon the entry of the judgment in Tech4Good's favor against O'Neill and the withdrawal and disbursement of the funds set forth in 2 and 3, this action in its entirety shall be dismissed with prejudice, without costs and fees to any party, and the Clerk of the Court shall close this action.

**SO ORDERED**

_/s/ Alvin K. Hellerstein_

April 25, 2024

3