**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MEDEQUA LLC,

                Plaintiffs,

    -against-                                                 21 **CIVIL** 6135 (AKH)

## **AMENDED JUDGMENT**

O'NEILL & PARTNERS LLC,

                Defendants.
-----------------------------------------------------------------X

TECH 4 GOOD PTY LTD,

                Plaintiff-Intervenor,

    -against-

O'NEILL & PARTNERS LLC, MEDEQUA LLC,
& D&O TRADECO INC.,

                Defendants-Intervenors.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 25, 2024, judgment is hereby entered in favor of Tech4Good as against O'Neill for $3,400,000, plus interest at 9% from August 22, 2021, to April 25, 2024 in the amount of $$819,073.97 on Tech4Goods claims against O'Neill.

**Dated:**  New York, New York
          April 25, 2024

                                                      **RUBY J. KRAJICK**
                                                          Clerk of Court

                            **BY:**

                                                        **Deputy Clerk**