UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MEDEQUA LLC, :
: **ORDER TERMINATING**
Plaintiff, : **MOTIONS**
-against- :
: 21 Civ. 6135 (AKH)
O'NEILL & PARTNERS LLC, :
:
Defendant, :
-and- :
:
TECH 4 GOOD PTY LTD, : :
:
Intervenor Plaintiff, :
-and- :
:
D&O TRADE CO, Inc. :
:
Intervenor Defendant. :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Clerk shall terminate the open motions at ECF Nos. 140, 141, and 144, as they were resolved by ECF No. 181.

      SO ORDERED.

Dated:    May 6, 2024                        /s/ Alvin K. Hellerstein
           New York, New York           ALVIN K. HELLERSTEIN
                                                  United States District Judge